PER CURIAM.
Affirmed. State v. Cumbie, 380 So.2d 1031 (Fla.1980); Jenkins v. Anderson, 447 U.S. 231, 100 S.Ct. 2124, 65 L.Ed.2d 86 (1980); Salvatore v. State, 366 So.2d 745 (Fla.1978), cert. denied, 444 U.S. 885, 100 S.Ct. 177, 62 L.Ed.2d 115 (1979); United States v. Halbert, 640 F.2d 1000 (9th Cir. 1981); Harris v. State, 414 So.2d 242 (Fla. 3d DCA Case no. 81-1904, opinion filed, May 11, 1982); Section 924.33, Fla.Stat. (1979).